NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JAN 16 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILLIE BOLDS, | No. 16-15592 |
| Plaintiff-Appellant, | D.C. No. 1:12-cv-01754-BAM |
| v. | |
| J. CAVAZOS, Chief Warden; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Barbara McAuliffe, Magistrate Judge, Presiding

Submitted April 11, 2017**

Before:   GOULD, CLIFTON, and HURWITZ, Circuit Judges.

California state prisoner Willie Bolds appeals pro se from the district court's

judgment dismissing his 42 U.S.C. § 1983 action alleging procedural due process

violations.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo

whether the magistrate judge validly entered judgment on behalf of the district

---

   *   This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

   **   The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

court.  *Williams v. King*, 875 F.3d 500, 502 (9th Cir. 2017).  We vacate and remand.

Bolds consented to proceed before the magistrate judge.  *See* 28 U.S.C. § 636 (c).  The magistrate judge then screened and dismissed Bolds's action before the named defendants had been served.  *See* 28 U.S.C. §§ 1915A, 1915(e)(2)(B)(ii).  Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams*, 875 F.3d at 503-04, we vacate the magistrate judge's order and remand for further proceedings.

**VACATED and REMANDED.**